**Fii** Foxconn Industrial Internet
**FOXCONN** Corporation

8801 Fallbrook Drive • Houston, Texas 77064          Main Number: (281) 668-1668

## DECLARATION OF JUSTIN ONG

I, Justin Ong, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Justin Ong. I am over 18 years of age and capable of making this declaration.

2. I was initially hired by Foxconn Corporation as Human Resources Manager on April 2, 2001. I was promoted as Human Resources Director and have worked in that role from January 2019 up to the present time. I work at Foxconn Corporation's principal office located at 8801 Fallbrook Drive, Houston, Texas 77064, with frequent business trips and short-term work assignments working at 12001 Braun Road, SMC Unit #110, Mount Pleasant, Wisconsin 53177, and at 1768 Automation Parkway, San Jose, CA 95131.

3. Foxconn Corporation (formed in the state of Texas on April 1994), is a central support company that provides finance/accounting, Human Resources (including recruiting, hiring, payrolls, benefits, HR policies), legal counseling, general services, facilities security and maintenance, Information Technology (IT) infrastructure and networks, and other related administrative supports to various Foxconn Technology Groups in research and development (R&D), supply chain and logistics, business program and project management, and electronic products manufacturing, including the following legal entities and U.S.-based office/manufacturing sites: PCE Paragon Solutions USA, Inc (Houston, Texas, Austin, Texas, and San Jose, California), Foxconn Assembly LLC and Cloud Network Technology USA Inc. (Houston, Texas, San Jose, California, and Durham, North Carolina), and FII USA, Inc. (Mount Pleasant, Wisconsin). 4. work at the principal office of Foxconn Corporation located at 8801 Fallbrook Drive, Houston, Texas 77064, with frequent business trips and work assignments to two remote manufacturing sites located at FII USA, Inc., 12001 Braun Road, Unit #110, Mount Pleasant, Wisconsin 53177, and Foxconn Assembly LLC at 1768 Automation Parkway, San Jose, California 95131. Wisconsin and San Jose, California sites.

4. FII USA, Inc. (formed in the state of Wisconsin on November 14, 2018) is a U.S. subsidiary company of Foxconn Industrial Internet (FII), a public-traded company in the Shanghai Stock Exchange. Foxconn Industrial Internet's ultimate parent company is the world-renowned Hon Hai Precision Industry Co. Ltd., more commonly known by its globally recognized trade name of "Foxconn" or "Foxconn Technology Group Company." Foxconn is the global leader in manufacturing services for computer, communication, and consumer electronics (3C) industry – Championing innovation that touches the daily lives of people around the world. Headquartered in Taipei, Taiwan, Foxconn is the contract manufacture that builds electronic products for leading U.S. and international brands.

5. FII USA, Inc. currently operates a Made-in-America electronic manufacturing plant in Mount Pleasant, Wisconsin that produces server printed circuit boards (motherboards) and assembles large-scale industrial servers. FII USA, Inc.'s main customer is Google, and the company currently hires a total 1,448 employees at Mount Pleasant, Wisconsin site according to our pay period record

1

of May 2, 2025.

6. PCE Paragon Solutions USA Inc., is also a subsidiary of Foxconn Industrial Internet under the aegis of Foxconn Technology Group. PCE Paragon Solutions USA Inc. provides state-of-the-art research, development, design, engineering, program management, and administrative services related to server computers and server computer components. The company's customers include Hewlitt Packard Enterprise, Dell Computers, Google, Cisco, Apple, Seagate and Oracles. The company currently employs a total 185 employees at various U.S. sites according to our pay period of May 2, 2025.

7. Even though both FII USA, Inc. and PCE Paragon Solutions USA Inc. are subsidiary companies of Foxconn Industrial Internet, each is a separate company: FII USA Inc. was incorporated under the laws of Wisconsin for FII USA, Inc. on November 14, 2018, and PCE Paragon Solutions USA Inc. was incorporated under the laws of Texas on February 12, 2008. Each company files separate corporate income returns, is managed by separate Site Managers, and supports different customers and business projects.

8. FII USA, Inc. and PCE Paragon Solutions USA, Inc. have sponsored eligible foreign professional nationals for H-1B specialty occupation visas according to each company's manpower requirements and business fulfillment objectives.

9. My role as the central Human Resources Director includes the authority of approving H-1B sponsorship and signing applicable USCIS H-1B visa petitions, working with various department managers to identify personnel/manpower needs and recruit/hire prospective candidates to fill job vacancies, and if the candidates/employees require U.S. work visas, coordinating with outside counsel to review visa eligibilities, prepare, sign and file the relevant visa petitions and supporting documents.

10. For Fiscal Years 2023 ("FY23") and 2024 ("FY24"), I oversaw and signed the filing of three cap-subject H-1B visa petitions filed by FII USA Inc. and one cap-subject H-1B petition filed by PCE Paragon Solutions USA. USCIS approved all three of these H-1B visa petitions, but later revoked three of the petitions filed by FII USA, Inc.

11. For each H-1B visa petition, the only issue of revocation that USCIS considered was whether separate H-1B electronic registrations filed by FII USA Inc. and PCE Paragon Solutions USA Inc. constituted an unfair advantage.

12. I wish to aver that contrary to USCIS' assertion, FII USA Inc. and PCE Paragon Solutions USA Inc. filed each separate H-1B electronic registration in good faith, each petition was supported by actual, bona fide job opening.

13. I am providing more details below for each of the three affected employees.

## Shefali Beegamudre

14. Shefali Beegamudre is an accomplished Information Technology ("IT") professional. She earned a Master of Science degree in IT Management from the University of Wisconsin-Milwaukee on May 22, 2021.

15. FII USA registered Ms. Beegamudre for consideration in the FY23 H-1B lottery for the role of IT Project Management Analyst (2023-86da-cc2c-9b15) on March 9, 2022.

16. Separately, PCE Paragon Solutions registered her in the FY23 lottery for the role of IT Project Management Analyst (2023-47dd-7f72-5fb0) on March 17, 2022.

17. Both registrations reflected bona fide job openings supported by genuine company needs and were not filed to create an unfair advantage for Ms. Beegamudre or her sponsoring employer.

18. USCIS selected Ms. Beegamudre's registration filed by FII USA. After USCIS approved the H-1B petition and application for change of status (IOE8173199165), FII USA, Inc. hired her in the specialty occupation.

19. Even though USCIS did not select Ms. Beegamudre's registration filed by PCE Paragon Solutions USA, Inc., the company proceeded to recruit and hire another qualified candidate, Ms. Shu-Lin Sung, to fill the job opening of IT Project Manager on 03/06/2023. (See attached copy of job offer letter.) PCE Paragon Solutions USA Inc. therefore had a bona fide job opening that reflected company's actual manpower need. The H-1B registration was clearly not submitted to unfairly increase Ms. Beegamudre's chances of selection.

20. USCIS issued a NOIR related to the petition filed by FII USA on September 24, 2024.

21. The NOIR challenges the H-1B registrations filed by FII USA and PCE Paragon Solutions on behalf of Ms. Beegamudre in the same fiscal year.

22. USCIS ultimately revoked the petition filed by FII USA on November 13, 2024.

## Hongfeng Lu

23. Hongfeng Lu is an accomplished Software Engineer. He earned a Bachelor of Science degree in Computer Science from Anhui University of Science and Technology in China on June 21, 2010.

24. FII USA registered Mr. Lu for consideration in the FY23 H-1B lottery for the role of Software Developer, Applications (2023-0c18-ce12-37bc) on March 9, 2022.

25. Separately, PCE Paragon Solutions registered him in the FY23 lottery for the role of Software Developer (2023-3145-c7c6-4a74) on March 17, 2022.

26. Both registrations reflected real positions supported by genuine company needs and were not filed to create an unfair advantage for Mr. Lu or his employer.

27. USCIS selected Mr. Lu's registration filed by FII USA. After USCIS approved the H-1B petition and application for change of status ((IOE8419231901), FII USA, Inc. hired him in the H-1B specialty occupation From October 1, 2022, until he resigned voluntarily from the company October 22, 2024.

28. Even though USCIS did not select Mr. Lu's registration filed by PCE Paragon Solutions USA, Inc., the company proceeded to recruit and hire a qualified candidate, Mr. Renbo Ou in the position of Sr. SAP Engineer Developer on 02/20/2023, and another candidate, Mr. Jonathan Rude in the position of Network Architect on 9/5/2023. (See attached copies of job offer letter.) PCE Paragon Solutions USA Inc. therefore had bona fide job openings that reflected company's actual manpower need. The H-1B registration was not submitted to create unfair advantage to increase Mr. Lu's chances of selection.

29. USCIS issued a NOIR to FII USA on October 18, 2024.

30. The NOIR challenges the H-1B registrations filed by FII USA and PCE Paragon Solutions on behalf of Mr. Lu in the same fiscal year.

31. USCIS ultimately revoked the petition filed by FII USA on October 18, 2024.

### Duo Zhang

32. Duo Zhang is a highly accomplished Software Engineer. He earned a Master of Science degree in Computing from Marquette University on January 8, 2018, and an MBA in Executive Management from the California Institute of Advanced Management on December 9, 2022.

33. FII USA registered Mr. Zhang for consideration in the FY23 H-1B lottery for the role of Software Engineer (2023-dce5-0042-e72e) on March 9, 2022.

34. Separately, PCE Paragon Solutions registered him in the FY23 lottery for the role of Software Engineer (2023-a380-db76-9d69) on March 17, 2022.

35. Both registrations reflected real positions supported by genuine company needs and were not filed to create an unfair advantage for Mr. Zhang or his employer.

36. USCIS selected Mr. Zhang's registration filed by FII USA. After USCIS approved the H-1B petition and application for change of status (IOE8715810219), FII USA, Inc. hired him in the H-1B specialty occupation from October 1, 2022, until he resigned voluntarily on June 2, 2023.

37. Even though USCIS did not select Mr. Zhang's registration filed by PCE Paragon Solutions USA, Inc., the company proceeded to recruit and hire another qualified candidate, Mr. Carlos Rodriguez, to fill the job opening of Software Engineer on 09/26/2022. (See copy of job offer letter.) PCE Paragon Solutions USA Inc. therefore had a bona fide job opening of Software Engineer that reflected company's actual manpower need. The H-1B registration was not submitted to create unfair advantage to increase Mr. Zhang's chances of selection.

38. The NOIR challenges the H-1B registrations filed by FII USA and PCE Paragon Solutions on behalf of Mr. Zhang in the same fiscal year.

39. USCIS ultimately revoked the petition filed by FII USA on October 18, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17th, 2025

_____
Justin Ong
Human Resources Director