**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SHEFALI BEEGAMUDRE, et al.,<br>Plaintiffs,<br>v.<br>USCIS, et al.,<br>Defendants. | Civ. Action No. DLB-25-2026 |

**ORDER**

Upon consideration of the parties' Consent Motion to Transfer filed by the above-captioned Defendants, and finding good cause therefore, it is

**ORDERED** that this matter be transferred to the United States District Court for the District of Oregon pursuant to 28 U.S.C. § 1404(a), and,

**IT IS FURTHER ORDERED** that the Clerk shall close the case in the District of Maryland.

Dated: August 22, 2025

Deborah L. Boardman
United States District Judge